JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
ROBERT  ZAVALA, Jr.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT ZAVALA, Jr.,<br><br>    Defendant. | Case No. 1:19-CR-00014 DAD-BAM<br><br>**STIPULATION TO MODIFY SENTENCING SCHEDULE AND ORDER THEREON**<br><br>**DATE:  June 29, 2020**<br>**TIME:  10:00 a.m.**<br>**Courtroom 5**<br><br>**Honorable Dale A. Drozd** |

Defendant, ROBERT ZAVALA, Jr., by and through her counsel, John F. Garland and the United States of America, by and through its counsel, McGregor W. Scott, United States Attorney and Ross Pearson, Assistant United States Attorney, hereby stipulate to modify the defendant's sentencing schedule as set forth below:

## BACKGROUND

On February 3, 2020 defendant, Robert Zavala, Jr. entered a plea of guilty to Count One of the Indictment. The Court ordered a Presentence Investigation Report and set the sentencing hearing on May 11, 2020. (Doc. 130) The United States Probation Office (USPO) issued a Sentencing Schedule on February 7, 2020 wherein the dates for the preparation and filing of sentencing documents are set forth. The draft Presentence Investigation Report (PSR) (Doc. 142)

1

was timely served on the parties on March 27, 2020. On April 13, 2020 the defendant timely served his Informal Objections to the PSR on the USPO and counsel for the government. On April 20, 2020 the USPO served the Revised PSR together with the USPO's Response to defendants Informal Objections (Doc. 147) The defendant's Informal Objections are not resolved therefore Formal Objections to the PSR are necessary. Pursuant to the Sentencing Schedule, defendant's Formal Objections must be filed and served on April 27, 2020.

On April 23, 2020 the Court filed a Minute Order (Doc. 151) continuing Robert Zavala, Jr.'s sentencing hearing to **June 29, 2020.** In light of the continued sentencing hearing, the modification of the Sentencing Schedule is appropriate and will allow the defendant and counsel for the government additional time to prepare and file Formal Objections to the PSR and additional sentencing pleadings.

## STIPULATION

Therefore, the parties stipulate that the Sentencing Schedule prepared by the United States Probation Office be modified as follows:

| | |
|---|---|
| Formal Objections Filed with Court and Served on Probation on Opposing Counsel. | **June 15, 2020** |
| Reply, or Statement of Non-Opposition: | **June 22, 2020** |
| Judgment and Sentencing Date: | **June 29, 2020** |

**IT IS SO STIPULATED**:

Dated: April 27, 2020         /s/ John F. Garland
                  John F. Garland
                  Attorney for Defendant
                  ROBERT ZAVALA, Jr.

Dated:  April 27, 2020                                                             McGregor W. Scott
                                                                                              United States Attorney

                                                                                  /s/   Ross Pearson
                                                                           By:     Ross Pearson
                                                                                  Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing schedule for defendant ROBERT ZAVALA, Jr.

is modified as follows:

| | |
|---|---:|
| Formal Objections Filed and Served on Probation and Opposing Counsel | **June 15**, **2020** |
| Reply, or  Statement of Non-Opposition: | **June 22**, **2020** |
| Judgment and Sentencing Date: | **June 29**, **2020** |

IT IS SO ORDERED.

Dated:   **April 27, 2020**                                    _____
                                                                                        UNITED STATES DISTRICT JUDGE